**Dismiss and Opinion Filed April 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01513-CR

**CARIE ANN PRESTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F08-16690-H**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Carie Ann Preston pleaded guilty to possession of methamphetamine in an amount of one gram or more but less than four grams. The trial court deferred adjudication of guilt and placed appellant on four years' community supervision. The State later filed a motion to proceed with adjudication of guilt. On October 4, 2013, the trial court denied the State's motion, extended the period of appellant's community supervision by twenty-four months, and modified the conditions of her supervision. Appellant filed a notice of appeal seeking reconsideration of this order. An order modifying the conditions of a defendant's community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

We dismiss the appeal for want of jurisdiction.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131513F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARIE ANN PRESTON, Appellant

No. 05-13-01513-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F08-16690-H.
Opinion delivered by Justice Evans, Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 15th day of April, 2014.

/David Evans/
DAVID EVANS
JUSTICE